

FILED
JOHN P. HEHMAN
CLERK

2014 NOV 10 PM 4:39

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Shannell Drains,

    Plaintiff,

v.

                        Case No. 2:14–cv–1766

Marion Industries, Inc.,              Judge Michael H. Watson

    Defendant.

### ORDER

On October 7, 2014, Magistrate Judge Abel issued a Report and Recommendation ("R&R") recommending that this case be transferred to the Northern District of Ohio. R&R 2, ECF No. 2. The R&R stated that failure to object within fourteen days would result in a waiver of the right to *de novo* review by the District Judge as well as waiver of the right to appeal the judgment of the District Court. The deadline for objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R and **TRANSFERS** this case to the Northern District of Ohio.

    **IT IS SO ORDERED.**

                                      /s/ Michael H. Watson
                                      MICHAEL H. WATSON, JUDGE
                                      UNITED STATES DISTRICT COURT